

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 ESTEVAN CARREON,
D-2 ELOY SAENZ, and
D-3 JAVIER SANDOVAL,

Defendants.

_____/

Case:2:25-cr-20874
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 11-20-2025 At 01:56 PM
USA V SEALED MATTER (LG)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

## Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 ESTEVAN CARREON,
D-2 ELOY SAENZ, and
D-3 JAVIER SANDOVAL

From on or about September 26, 2021, through on or about October 7, 2021, in the Eastern District of Michigan, and elsewhere, the defendants, ESTEVAN CARREON, ELOY SAENZ, and JAVIER SANDOVAL, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with

intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, ESTEVAN CARREON, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

The defendant, ESTEVAN CARREON, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than 12 months, and having been released from any term of imprisonment within 15 years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, ELOY SAENZ, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

With respect to the defendant, JAVIER SANDOVAL, the controlled substances involved in the conspiracy attributable to him as a result of his own

2

conduct, and the conduct of other conspirators reasonably foreseeable to him, are 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT TWO
21 U.S.C. § 841(a)(1); (b)(1)(A)(ii)
*Possession with the Intent to Distribute a Controlled Substance*

D-2 ELOY SAENZ

On or about October 2, 2021, in the Eastern District of Michigan, the defendant, ELOY SAENZ, did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT THREE
21 U.S.C. § 841(a)(1); (b)(1)(B)(ii)
*Possession with the Intent to Distribute a Controlled Substance*

D-3 JAVIER SANDOVAL

On or about September 26, 2021, in the Eastern District of Michigan, the defendant, JAVIER SANDOVAL, did knowingly and intentionally possess with

3

intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

### Forfeiture Allegations

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under and Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, the defendant so convicted shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, or any property traceable thereto, as the result of such violation, any property which the defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation, or any property traceable thereto.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been

4

placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the Court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Caitlin Casey
Caitlin Casey
Assistant United States Attorney

Dated: November 20, 2025



| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case:2:25-cr-20874<br>Judge: Berg, Terrence G.<br>MJ: Altman, Kimberly G.<br>Filed: 11-20-2025 At 01:56 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ **Yes**          ☒ **No** | **AUSA's Initials:**     s/CC |

**Case Title:** USA v.  Carreon et al.

**County where offense occurred :**  Wayne and elsewhere

**Check One:**       ☒ **Felony**              ☐ **Misdemeanor**              ☐ **Petty**

✓ Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 20, 2025
Date

s/Caitlin Casey

Caitlin Casey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9769
E-Mail address: Caitlin.Casey@usdoj.gov
Attorney Bar #: IL 6312495

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16